UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAPESTRY, INC. COACH SERVICES, INC., and
COACH IP HOLDINGS LLC,

                                 Plaintiffs,

     -v-

CHUNMA USA, INC. and DOES 1-10,

                                 Defendants.
------------------------------------------------------------------X

20-CV-0271 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      By stipulation and order entered on April 29, 2020, Defendants were given until May 18, 2020, to respond to the Complaint, *see* ECF No. 18, yet they have failed to do so. In light of that, and due to the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: May 26, 2020
       New York, New York

                                        _____
                                            JESSE M. FURMAN
                                        United States District Judge