UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TAPESTRY, INC. COACH SERVICES, INC., and           :
COACH IP HOLDINGS LLC,                                             :
                                                                                       :
                              Plaintiffs,               :          20-CV-0271 (JMF)
                                                                                       :
                -v-                                                     :          ORDER
                                                                                       :
CHUNMA USA, INC. and DOES 1-10,                          :
                                                                                       :
                              Defendants.            :
                                                                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For reasons the Court will explain orally at an initial pretrial conference to be held on **November 10, 2020**, at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, the Court DENIES Plaintiffs' motion for default judgment and DENIES Defendants' motion for transfer of venue.

      By **October 22, 2020**, Defendants shall file their answer. In accordance with Paragraph 2.B of the Court's Individual Rules and Practices, the parties are reminded to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **Thursday of the week prior to the initial pretrial conference**, as described in the Court's Order of January 15, 2020, ECF No. 8.

      The Clerk of Court is directed to terminate ECF Nos. 25 and 28.

      SO ORDERED.

Dated: October 8, 2020
       New York, New York
                                                      JESSE M. FURMAN
                                            United States District Judge