UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
       :
TAPESTRY, INC. COACH SERVICES, INC., and  :
COACH IP HOLDINGS LLC,                       :
       :      20-CV-0271 (JMF)
                Plaintiffs,       :
       :          ORDER
     -v-                     :
       :
CHUNMA USA, INC. and DOES 1-10,        :
       :
                Defendants.   :
       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the COVID-19 situation, the Court will hold the upcoming conference in this case by telephone, not in person. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. ECF No. 8. Because the Court may need to hold the telephone conference at a different time than scheduled, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. Counsel should also review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: November 2, 2020
      New York, New York                                  JESSE M. FURMAN
                                                       United States District Judge