

**Lucem, PC** │ **660 S. Figueroa St., Suite 1200** │ **Los Angeles, CA 90017**
**Tel: 213.387.3630** │ **Fax: 213.863.6332** │ **www.lucemlaw.com**

November 24, 2020

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    *Tapestry, Inc. et. al. v. Chunma USA, Inc. et. al.* (Case No. 1:20-cv-00271-JMF)

Dear Judge Furman:

      Pursuant to this Court's request at the November 17, 2020, conference regarding Plaintiffs' Motion to Strike, Plaintiff Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings LLC ("Coach") and Defendant Chunma USA, Inc. ("Chunma") (collectively, the "Parties") hereby submit the following joint letter to apprise the Court of their suggestions for amending the pleadings.

Counsel for the Parties have conferred and agreed that Coach will amend the complaint to add claims for cancellation of Chunma's trademark registrations by December 10, 2020. Chunma will respond to the amended complaint by December 31, 2020.

Given the timing of the amended pleadings, subject to the Court's approval, and how quickly thereafter discovery deadlines occur, the Parties request an extension of scheduled dates as follows:

|  | Current deadline | Proposed deadline |
|---|---|---|
| Fact Discovery Cut Off | March 10, 2021 | May 10, 2021 |
| Expert Discovery Cut Off | April 24, 2021 | June 24, 2021 |

Such an extension is necessary for the Parties to have adequate time to conduct discovery after the pleadings are amended. Therefore, the Parties jointly request the Court grant leave to amend the pleadings and extend discovery.

Respectfully Submitted,


Counsel for the Parties:


___/Brent H. Blakely/_____          ___/Karen Y. Kim/_____
Brent H. Blakely                        Heedong Chae
BLAKELY LAW GROUP                       Karen Y. Kim
1334 Parkview Avenue, Suite 280         LUCEM, PC
Manhattan Beach, CA 90266               660 S. Figueroa Street, Suite 1200
Telephone: (310) 546-7400               Los Angeles, California 90017
Email: bblakely@blakelylawgroup.com     Telephone: (213) 387–3630
*Attorneys for Plaintiffs*              Email: hdchae@lucemlaw.com
*Tapestry, Inc., Coach Services, Inc., and Coach*   Email: kkim@lucemlaw.com
*IP Holdings LLC*

                                        Christopher J. Sovak (CS 3164)
                                        BUSHELL, SOVAK & KANE LLP
                                        274 Madison Ave., Suite 901
                                        New York, NY 10016
                                        Telephone: (212) 949–4700
                                        Email: csovak@bushellsovak.com
                                        *Attorneys for Defendant*
                                        *Chunma USA, Inc.*


Application GRANTED.  In light of the planned amendment of the pleadings, the pending motion to strike is denied without prejudice, and the Clerk of Court is directed to terminate ECF No. 57.  Further, the pretrial conference currently scheduled for March 16, 2021, see ECF No. 55, is ADJOURNED to May 12, 2021, at 2:30 p.m.  The parties are reminded to file the joint letter described at ECF No. 55 no later than the Thursday of the week prior to the conference.


SO ORDERED.

November 25, 2020

November 24, 2020
2