UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TAPESTRY, INC. et al.,                                                  :
                                                                        :
                                  Plaintiffs,       :       20-CV-0271 (JMF)
                                                                        :
               -v-                                                    :       ORDER
                                                                        :
CHUNMA USA, INC. et al.,                                                :
                                  Defendants.       :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 66, Defendants' earlier motion to dismiss filed at ECF No. 62 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **February 22, 2021**. Defendants' reply, if any, is due by **March 1, 2021**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York. Additionally, the pretrial conference currently scheduled for May 12, 2021, *see* ECF No. 60, is ADJOURNED *sine die*.

       The Clerk of Court is directed to terminate ECF No. 62.

       SO ORDERED.

Dated: February 9, 2021
       New York, New York
                                                                JESSE M. FURMAN
                                                               United States District Judge