UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TAPESTRY, INC. et al.,                                             :
                                                                   :
                                    Plaintiffs,                    :      20-CV-0271 (JMF)
                                                                   :
                  -v-                                              :      ORDER
                                                                   :
CHUNMA USA, INC. et al.,                                           :
                                    Defendants.                    :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiffs are invited to file a sur-reply brief addressing Defendants' argument in their reply brief that Plaintiffs fail to state a claim for cancellation of Defendants' trademark registrations based on misrepresentation of the source of goods, as opposed to mere likelihood of confusion. *See* ECF No. 71, at 5-7. Although Plaintiffs adverted to this argument in their opening brief, *see* ECF No. 68, at 2; *cf. id.* at 8, they did not develop it or cite supporting authority until their reply. Under these circumstances, the Court concludes that Plaintiffs should be afforded an opportunity to respond. Any sur-reply brief shall be limited to this topic, shall not exceed **five pages,** and shall be filed no later than **April 1, 2021.**

      SO ORDERED.

Dated: March 25, 2021
       New York, New York

                                                      JESSE M. FURMAN
                                                 United States District Judge