UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

TAPESTRY, INC. COACH SERVICES, INC., and
COACH IP HOLDINGS LLC,

                        Plaintiffs,

-v-

CHUNMA USA, INC. and DOES 1-10,

                        Defendants.

------------------------------------------------------------------X

20-CV-0271 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      No later than **May 6, 2021**, the parties shall file a joint letter on ECF advising the Court of the status of discovery and proposing modifications, if appropriate, to the current discovery schedule. The Court will then set new discovery deadlines. In the meantime, the pretrial conference scheduled for May 12, 2021, is adjourned *sine die*.

      SO ORDERED.

Dated: May 3, 2021
       New York, New York

                                                    JESSE M. FURMAN
                                           United States District Judge