**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAPESTRY, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation; and COACH IP HOLDINGS LLC, a Delaware Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>CHUNMA USA, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00271-JMF<br><br>**STIPULATION TO PERMANENT INJUNCTION AND DISMISSAL OF ACTION WITH PREJUDICE** |

**STIPULATION TO PERMANENT INJUNCTION AND DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiffs **Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings LLC** (collectively, "Coach" or "Plaintiffs") having filed a Complaint in this action charging **Defendants Chunma USA, Inc.** ("Chunma" or "Defendant") with Trademark Infringement and False Designations of Origin under the Lanham Act, as well as related claims under the common and statutory law of the state of New York arising from Defendant's allegedly illegal importation, distribution, offering for sale, and/or sale of products bearing allegedly infringing reproductions of the Coach Trademarks, including but not limited to the "Signature C" Mark (defined in the Complaint), exemplars of which are shown below (the "Accused Products"):



1

WHEREAS, the parties herein have simultaneously entered into a confidential Settlement Agreement and Mutual Releaseto fully resolve all of the claims in this action among the parties; and

WHEREAS, Defendant has agreed, and the parties HEREBY STIPULATE to the following terms:

1. Defendant and its agents, servants, employees are hereby permanently restrained and enjoined from using any of Plaintiffs' trademarks or marks identical and/or confusingly similar thereto to advertise, market, promote, display, and/or offer for sale products that do not in fact originate from Plaintiffs' brands. Plaintiffs' Trademarks include but are not limited to the following marks:

| Mark | U.S. Registration No(s). | Registration Date |
|---|---|---|
| "COACH" | 751, 493 | 06/25/1963 |
| | 1,071,000 | 08/09/1977 |
| | 2,088,706 | 08/19/1997 |
| | 3,157,972 | 10/17/2006 |
| *Coach est. 1941* | 3,413,536 | 04/15/2008 |
| [COACH est. 1941 circular logo] | 3,251,315 | 06/12/2007 |
| [Horse and carriage / COACH LEATHERWARE EST. 1941] | 3,441,671 | 06/03/2008 |
| [COACH in frame] | 2,252,847 | 06/15/1999 |
| | 2,534,429 | 01/29/2002 |

| | | |
|---|---|---|
| COACH | 1,309,779 | 12/18/1984 |
| | 2,045,676 | 03/18/1997 |
| | 2,169,808 | 06/30/1998 |
| "Signature C" Mark | 2,592,963 | 07/09/2002 |
| | 2,626,565 | 09/24/2002 |
| | 2,822,318 | 03/16/2004 |
| | 2,832,589 | 04/13/2004 |
| | 2,822,629 | 03/16/2004 |
| | 3,695,290 | 10/13/2009 |
| Coach "Op Art" Mark | 3,696,470 | 10/13/2009 |
| | 3,012,585 | 11/08/2005 |

2. Defendant and its agents, servants, employees are further permanently restrained and enjoined from using the "Signature C Mark", and/or any marks confusingly similar thereto in connection with the manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or sale of Defendant's products, including but not limited to use of the "Signature C Mark", or any marks confusingly similar thereto, in metatags, in keyword or other pay-per-click advertising, in any internet search engine advertising, in other Internet uses, or in any manner that suggests that its products, services, or activities originate from, are affiliated

3

with, are connected to, are associated with, or are sponsored, endorsed, or approved by Plaintiffs;

      3.    Defendant shall immediately and permanently cease the unauthorized manufacture, purchase, production, distribution, circulation, sale, offering for sale, importation, exportation, advertising, promotion, display, shipment, marketing or incorporation in advertising or marketing counterfeitproducts bearing marks identical and/or confusingly similar to the "Signature C" Mark";

      4.    Defendant shall not knowingly deliver, hold for sale, return, transfer or otherwise move, store or dispose in any manner unauthorized products bearing marks identical, substantially indistinguishable, and/or confusingly similar to the Coach Trademarks, including but not limited to the "Signature C" Mark; and

      5.    Defendant shall not knowingly assist, aid or attempt to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1through4 above.

    WHEREAS the parties further stipulate to the following:

1. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121, 1331, 1338, and 1367.
2. The execution of this Stipulation shall serve to bind and obligate the parties hereto.
3. Each party shall bear their own attorneys' fees and costs associated with the present action.
4. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement of this Stipulation/Order as well as the parties' confidential settlement agreement in connection with this action.

**IT IS SO ORDERED.**

Date: _____, 2021               _____
                                                     Honorable Jesse M. Furman
                                                     United States District Court Judge

APPROVED FOR ENTRY:

*ChunmaUSA, Inc.*                                  *Tapestry, Inc., Coach Services, Inc., and*
                                                     *Coach IP Holdings, LLC*

                                                     BLAKELY LAW GROUP

*/s/ Heedong Chae*_____       /s/ Brent H. Blakely
Heedong Chae (*admitted pro hac vice*)             _____
Lucem, PC                                          Brent H. Blakely (*admitted pro hac vice*)
660 S. Figueroa Street, Suite 1200                 1334 Parkview Avenue, Suite 280
Los Angeles, California 90017                      Manhattan Beach, California 90266
Telephone: (213) 387-3630                          Telephone: (310) 546-7400
                                                   *Counsel for Plaintiffs*

Christopher J. Sovak (CS 3164)
Bushell, Sovak & Kane LLP                          Per Paragraph 4.B of the Court's Individual Rules
274 Madison Avenue, Suite 901                      and Practices for Civil Cases, the Court will not
New York, New York 10016                           retain jurisdiction to enforce a settlement unless the
Telephone: (212) 949-4700                          parties make the settlement agreement part of the
                                                   public record. In light of that, the Court does NOT
                                                   retain jurisdiction pursuant to Paragraph 4 above
*Counsels for Defendant*                           unless, **within one week of this Order,** the parties
                                                   publicly file the Stipulation of Settlement on ECF.

                                                                    SO ORDERED.

                                                                    [signature]

                                                                    August 20, 2021